JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY GIMBLE, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>DIVERSIFIED ADJUSTMENT SERVICE, INC.; and Does 1 to 10, Inclusive,<br><br>    Defendant. | CASE NO. CV 16-3518-GW(FFMx)<br><br>**ORDER** |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to *Federal Rules of Civil Procedure* 41(a)(1)(A)(ii), the entire case is dismissed with prejudice as to the individual Plaintiff, and without prejudice as to the putative class. Each party shall bear its own costs and expenses.

Dated this 22nd day of March, 2017.

*/s/ George H. Wu*

GEORGE H. WU, U.S. District Judge